

# NUMBER 13-08-00429-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF H.J.R.T., A CHILD

**On appeal from the 135th District Court of De Witt County, Texas.**

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Yañez and Benavides
### Memorandum Opinion Per Curiam

Appellant perfected an appeal from a judgment rendered against her in favor of appellee. On October 14, 2008, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on August 19, 2008, and that the district clerk, Tabeth Gardner, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3(b), 42.3(b). Appellant was advised that, if the defect was not corrected within ten

days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

On November 3, 2008, the Clerk of the Court notified appellant that she was delinquent in remitting a $175.00 filing fee. The Clerk of this Court notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of this letter. *See id.* 42.3(c).

Appellant has failed to failed to respond to this Court's notices. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b),(c).

PER CURIAM

Memorandum Opinion delivered and filed
this the 12th day of February, 2009.

2